IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RONALD D. VETETO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THE JUSTICES AND CLERKS ) <br> OF THE SUPREME COURT OF ) <br> ALABAMA, *et al.*, ) | Case No. 2:11-cv-516-MEF <br><br> (WO) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #7) to the Recommendation of the Magistrate Judge filed on July 25, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #4) filed on July 11, 2011 is adopted;

3. That this case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case and that all pending motions are terminated.

DONE this the 29th day of July, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE