IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD D. VETETO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:11-cv-516-MEF |
| v. | ) | |
| | ) | (WO) |
| THE JUSTICES AND CLERKS | ) | |
| OF THE SUPREME COURT OF | ) | |
| ALABAMA, *et al.*, | ) | |

# **FINAL JUDGMENT**

Pursuant to the Order adopting the Magistrate Judge's Recommendation, entered this same day, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety, without prejudice, each party to bear their own costs and expenses.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 29th day of July, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE